IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LINDA LEVERETT**                                                                                       **PLAINTIFF**

**v.**                                          **CASE NO. 4:13CV00555 BSM**

**METROPOLITAN LIFE**
**INSURANCE COMPANY**                                                                 **DEFENDANT**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 7th day of February 2014.

_____
UNITED STATES DISTRICT JUDGE